UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN ORLANDO MARTIN, JR., | No. C 06-5214 SI (pr) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| B. CURRY, warden, | |
| Respondent. | |

This action for a writ of habeas corpus is dismissed as moot due to petitioner's death. See Griffey v. Lindsey, 349 F.3d 1157 (9th Cir. 2003).

IT IS SO ORDERED.

DATED: December 18, 2006

SUSAN ILLSTON
United States District Judge